# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1997 White GMC passenger van,
VIN#
MD license plate#

**SEARCH WARRANT**

CASE NUMBER: 06 - 415 - M - 01

TO: __Troy Yeager__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Troy Yeager_ who has reason to believe that
(name, description and or location)

1997 White GMC passenger van, VIN#            MD license plate#

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __Oct. 7, 2006__
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 27 2006

at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED<br>9/27/06 | DATE AND TIME WARRANT EXECUTED<br>10/02/06  2:10PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

**FILED**

OCT 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    10/3/06
U.S Judge or Magistrate                              Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 10/02/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ____

(Street Address) __

(City) SILVER SPRING, MD

Description of Item(s):

6 pages of ACS Request Transportation Prior Authorization Form

NOTHING

MORE

Received By: _____ (Signature)

Received From: _____ (Signature)